**COM.**

v.

**BOWMAN, A.**

**1707 EDA 2015**

Superior Court of Pennsylvania.

05/30/2017

CP–51–CR–0004252–2014 (Philadelphia)

Affirmed

**COM.**

v.

**HUNTER, A.**

**1750 EDA 2015**

Superior Court of Pennsylvania.

05/30/2017

CP–51–CR–0011846–2013 (Philadelphia)

Affirmed

**COM.**

v.

**RAHEEM, J.**

**3128 EDA 2015**

Superior Court of Pennsylvania.

05/30/2017

CP–51–CR–0002181–2014 (Philadelphia)

Affirmed

**KINDER, S.**

v.

**HERITAGE LOWER SALFORD**

**3813 EDA 2015**

Superior Court of Pennsylvania.

05/30/2017

10–11441 (Montgomery)

Affirmed

**COM.**

v.

**CORREA, J.**

**361 EDA 2016**

Superior Court of Pennsylvania.

05/30/2017

CP–45–CR–0001815–2014 (Monroe)

Affirmed

**COM.**

v.

**HERBERT, C.**

**748 EDA 2016**

Superior Court of Pennsylvania.

05/30/2017

CP–46–CR–0007303–2014 (Montgomery)

Affirmed